UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| DARRIN CALDWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00340-GCM |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

## **ORDER**

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's motion for remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED.

Signed: March 28, 2024

Graham C. Mullen
United States District Judge